THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

RUTH R.,[1]

    Plaintiff,

v.

KILOLO KIJAKAZI,
ACTING COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.

3:22-CV-1493
(JUDGE MARIANI)
(Magistrate Judge Arbuckle)

**ORDER**

AND NOW, THIS 16th DAY OF AUGUST 2023, upon review of Magistrate Judge William I. Arbuckle's Report and Recommendation ("R&R") (Doc. 15) for clear error or manifest injustice, **IT IS HEREBY ORDERED THAT:**

1. The R&R (Doc. 15) is **ADOPTED** for the reasons discussed therein.

2. The Commissioner of Social Security's decision is **VACATED**.

3. The case is **REMANDED** for further proceedings consistent with this Order pursuant to 42 U.S.C. § 405(g).

4. The Clerk of Court is directed to **CLOSE** this case.

                                                /s/ Robert D. Mariani
                                                Robert D. Mariani
                                                United States District Judge

---

[1] To protect the privacy interests of plaintiffs in social security cases, we have adopted the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States that federal courts should refer to plaintiffs in such cases by their first name and last initial.